HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUE HONG, on behalf of herself and all others similarly situated, | NO. 2:20-cv-01667-BJR |
| Plaintiff, | CLASS ACTION |
| v. | **STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** |
| BANK OF AMERICA, N.A., individually and as successor in interest, QBE INSURANCE CORP., and DOES 1-10, | |
| Defendants. | |

1. On October 2, 2020, Plaintiff Sue Hong ("Plaintiff") filed a putative class action Complaint for (1) Breach of Contract; (2) Violations of the Duty of Good Faith and Fair Dealing; (3) Negligent Supervision; (4) Breach of Fiduciary Duty; (5) Violations of Washington Consumer Protection Act, R.C.W. §§ 19.86.020, *et seq.*; and (6) Conspiracy against Defendants Bank of America and QBE Insurance Corporation ("Defendants," together with Plaintiff, the "Parties") in the Superior Court of the State of Washington, King County.

2. On October 5, 2020, Plaintiff filed an Amended Class Action Complaint ("Amended Complaint") re-asserting the same six causes of action.

STIPULATION AND ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO COMPLAINT- 1
NO. 2:20-cv-01667

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

3. On October 13, 2020, Plaintiff served Defendants Bank of America, N.A. and QBE Insurance Corporation with the Amended Class Action Complaint;

4. On October 30, 2020, the Parties agreed that Defendants' responses to the Amended Complaint would be filed on December 2, 2020 to afford Defendants adequate time to investigate Plaintiffs' allegations and claims asserted in the Amended Complaint.

5. On November 12, 2020, Defendants removed this action from the Superior Court of the State of Washington, King County, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453.

6. Under Rule 81(c)(2) of the Federal Rules of Civil Procedure, Defendants' response to the Amended Complaint now is due on November 19, 2020, thirteen days before the date on which the Parties originally agreed for Defendants to respond to the Amended Complaint.

7. Defendants request a 13-day extension of their deadline to respond to the Amended Complaint from November 19, 2020 to December 2, 2020, and respectfully submit that good causes exists for such extension, because (i) they require additional time to investigate Plaintiffs' complex fraud and conspiracy allegations and the six claims asserted in the Amended Complaint; (2) Defendants have focused time and resources recently on the notice of removal filed with this Court on November 12, 2020; and (3) the Parties originally agreed, when this action was pending in Washington Superior Court, that Defendants' response to the Amended Complaint would be due on December 2, 2020.

8. On November 16, 2020, Defendants requested Plaintiff's consent to this stipulated extension, and Plaintiff's counsel stated that Plaintiff agreed, subject to the Court's approval, to an extension for Defendants to respond to the Amended Complaint until December 2, 2020.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff SUE HONG and Defendants BANK OF AMERICA, N.A. and QBE INSURANCE CORPORATION, and subject to the Court's approval, that Defendants

STIPULATION AND ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO COMPLAINT- 2
NO. 2:20-cv-01667

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1  BANK OF AMERICA, N.A. and QBE INSURANCE CORPORATION shall have until December
2, 2020 to respond to Plaintiff's Amended Class Action Complaint.

DATED this 16th day of November, 2020.

**OGDEN MURPHY WALLACE, PLLC**

By  *s/Daniel F. Shickich*
    Daniel F. Shickich, WSBA #46479
    901 Fifth Avenue, Suite 3500
    Seattle, Washington 98164-2008
    Tel: 206.447.7000
    Fax: 206.447.0215
    Email: dshickich@omwlaw.com
    Attorneys for Defendant QBE INSURANCE CORP.


**WRIGHT, FINLAY & ZAK, LLP**

By *s/Laura N. Coughlin*
    Laura N. Coughlin, WSBA #46124
    612 S. Lucile St., Suite 300
    Seattle, Washington 98108
    Tel: 206.691.8663
    Email: lcoughlin@wrightlegal.net
    Attorneys for Defendant BANK OF AMERICA, N.A.


**BHARTI LAW GROUP, PLLC**

By *s/Harish Bharti*
    Harish Bharti, WSBA #23960
    6701 37th Ave NW
    Seattle, Washington 98117
    Tel: 206.789.4556
    Email: mail@hbharti.com

    Jason E Anderson, WSBA #32232
    Law Office of Jason E. Anderson
    5355 Tallman Ave. NW, Ste. 207
    Seattle, WA 98107
    Ph:  206-706-2882
    Email: jason@jasonandersonlaw.com

STIPULATION AND ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO COMPLAINT- 3
NO. 2:20-cv-01667

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1  Roger S. Davidheiser, WSBA #18638
   Friedman **|** Rubin®
2  1109 First Ave., Ste. 501
   Seattle, WA 98101
3  Ph: 206-501-4446
   Email: rdavidheiser@friedmanrubin.com
4
5  Attorneys for Plaintiff SUE HONG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO COMPLAINT- 4
NO. 2:20-cv-01667

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

**ORDER**

IT IS HEREBY ORDERED that the deadline for Defendants BANK OF AMERICA, N.A. and QBE INSURANCE CORP. to respond to Plaintiff's Amended Class Action Complaint is extended to December 2, 2020.

DATED this 17th day of November, 2020.

*[signature: Barbara J. Rothstein]*

The Honorable Barbara Rothstein
United States District Judge

STIPULATION AND ORDER EXTENDING
DEFENDANTS' TIME TO RESPOND TO COMPLAINT- 5
NO. 2:20-cv-01667

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215