1

2                                                 HONORABLE RICARDO S. MARTINEZ

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT
9                         WESTERN DISTRICT OF WASHINGTON
                                     AT SEATTLE
10

11  SUE HONG, on behalf of herself and all
    others similarly situated,                    NO. 2:20-cv-01667-RSM

12                          Plaintiff,            CLASS ACTION

13          v.                                    **STIPULATION AND ORDER
                                                  REGARDING FILING SECOND
14  BANK OF AMERICA, N.A., individually and       AMENDED CLASS ACTION COMPLAINT**
    as successor in interest, QBE INSURANCE
15  CORP., and DOES 1-10,
                                                  NOTE ON MOTION CALENDAR:
16                          Defendants.           December 1, 2020

17

18      1.  On October 2, 2020, Plaintiff Sue Hong ("Plaintiff") filed a putative class action Complaint

19          for (1) Breach of Contract; (2) Violations of the Duty of Good Faith and Fair Dealing; (3)

20          Negligent Supervision; (4) Breach of Fiduciary Duty; (5) Violations of Washington

21          Consumer Protection Act, R.C.W. §§ 19.86.020, *et seq*.; and (6) Conspiracy against

22          Defendants Bank of America and QBE Insurance Corporation ("Defendants," together

23          with Plaintiff, the "Parties") in the Superior Court of the State of Washington, King County.

24      2.  On October 5, 2020, Plaintiff filed an Amended Class Action Complaint ("First Amended

25          Complaint") re-asserting the same six causes of action.

26

{DFS2321047.DOCX;1/12737.000002/ }
STIPULATION AND ORDER REGARDING FILING SECOND
AMENDED CLASS ACTION COMPLAINT- 1
NO. 2:20-cv-01667
ACTIVE/106009937.2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

3. On November 12, 2020, Defendants removed this action from the Superior Court of the State of Washington, King County, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453.

4. On November 17, 2020, the Honorable Barbara J. Rothstein signed and entered the Parties' stipulation extending Defendants' time to respond to the First Amended Complaint to December 2, 2020.  ECF No. 12.

5. On November 23, 2020, the Honorable Barbara J. Rothstein, to whom this action originally was assigned, transferred this action to this Court's docket pursuant to the Parties' stipulation.  ECF No. 15.

6. The Parties have since engaged in good-faith efforts to narrow and focus the issues and allegations raised in Plaintiff's First Amended Complaint.  Further to these discussions, Plaintiff has agreed to consider amending the complaint in an effort to revise and/or remove certain allegations.

7. To that end, Plaintiff hereby requests leave to file a Second Amended Complaint on or before December 16, 2020.  Defendants have consented to this request, subject to the Court's approval.

8. In addition, to avoid unnecessary motion-to-dismiss briefing, conserve the Court's and the Parties' time and resources, and to account for intervening Holidays and undersigned counsels' Holiday schedules, the Parties request that Defendants' deadline to respond to the then-operative complaint be extended to on or before January 13, 2021.  This will avoid unnecessary responses to a First Amended Complaint that Plaintiff seeks herein to amend.

Accordingly, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff SUE HONG and Defendants BANK OF AMERICA, N.A. and QBE INSURANCE CORPORATION, and subject to the Court's approval, that

1. Plaintiff shall file a Second Amended Complaint on or before December 16, 2020;

{DFS2321047.DOCX;1/12737.000002/ }
STIPULATION AND ORDER REGARDING FILING SECOND
AMENDED CLASS ACTION COMPLAINT- 2
NO. 2:20-cv-01667
ACTIVE/106009937.2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1    2.   Defendants' responses to the then-operative complaint shall be filed on or before January

2         13, 2021.

3         DATED this 1st day of December, 2020.

4    **BHARTI LAW GROUP, PLLC**

5    By *s/Harish Bharti*

6       Harish Bharti, WSBA #23960
        6701 37th Ave NW

7       Seattle, Washington 98117
        Tel: 206.789.4556

8       Email: mail@hbharti.com

9       Jason E Anderson, WSBA #32232
        Law Office of Jason E. Anderson

10      5355 Tallman Ave. NW, Ste. 207
        Seattle, WA 98107

11      Ph:  206-706-2882
        Email: jason@jasonandersonlaw.com

12

13      Roger S. Davidheiser, WSBA #18638
        Friedman | Rubin®

14      1109 First Ave., Ste. 501
        Seattle, WA 98101

15      Ph: 206-501-4446
        Email: rdavidheiser@friedmanrubin.com

16

17      Attorneys for Plaintiff SUE HONG

18   **GOODWIN PROCTER LLP**

19   By *s/Laura A. Stoll*

20      Laura A. Stoll (admitted *pro hac vice*)
        Stella Padilla (admitted *pro hac vice*)

21      601 S. Figueroa Street, Suite 4100
        Los Angeles, California 90017

22      Tel: 213.426.2500
        Email: lstoll@goodwinlaw.com

23      Email: spadilla@goodwinlaw.com

24
        Attorneys for Defendant BANK OF AMERICA, N.A.

25

26

{DFS2321047.DOCX;1/12737.000002/ }

STIPULATION AND ORDER REGARDING FILING SECOND
AMENDED CLASS ACTION COMPLAINT- 3
NO. 2:20-cv-01667
ACTIVE/106009937.2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1

**OGDEN MURPHY WALLACE, PLLC**

2

By  *s/Daniel F. Shickich*

3
    Daniel F. Shickich, WSBA #46479
    901 Fifth Avenue, Suite 3500

4
    Seattle, Washington 98164-2008
    Tel: 206.447.7000

5
    Fax: 206.447.0215
    Email: dshickich@omwlaw.com

6

7
    Stephen M. LeBlanc (admitted *pro hac vice*)
    Rebecca A. Guiterman (admitted *pro hac vice*)

8
    Mitchell Sandler LLC
    1120 20th Street NW, Suite 725

9
    Washington, DC 20036
    Tel: 202.886.5260

10
    Email: sleblanc@mitchellsandler.com
    Email: rguiterman@mitchellsandler.com

11

12
    Attorneys for Defendant QBE INSURANCE CORP.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{DFS2321047.DOCX;1/12737.000002/ }

STIPULATION AND ORDER REGARDING FILING SECOND
AMENDED CLASS ACTION COMPLAINT- 4
NO. 2:20-cv-01667
ACTIVE/106009937.2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1

**<u>ORDER</u>**

2

IT IS HEREBY ORDERED that

3

1. Plaintiff SUE HONG shall file a Second Amended Complaint on or before December 16,

4

2020; and

5

2. Defendants BANK OF AMERICA, N.A.'s and QBE INSURANCE CORPORATION's

6

deadline to respond to the then-operative complaint shall be filed on or before January 13,

7

2021.

8

DATED this 2nd day of December, 2020.

9

10

11

12

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER REGARDING FILING SECOND
AMENDED CLASS ACTION COMPLAINT- 5
NO. 2:20-cv-01667
ACTIVE/106009937.2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1

## CERTIFICATE OF SERVICE

2

3
        I certify under the laws of the United States of America that on the 1st day of December,
2020, I electronically filed a true and correct copy of the foregoing document with the Clerk of the
Court using the CM/ECF System and served counsel below by the method indicated:

4

5

6

7

| Harish Bharti, WSBA #23960<br>BHARTI LAW GROUP, PLLC<br>6701 37th Avenue NW<br>Seattle, WA 98117<br>Ph:  206-819-5484<br>Email: mail@hbbharti.com<br><br>Jason E Anderson, WSBA #32232<br>Law Office of Jason E. Anderson<br>5355 Tallman Avenue NW, Ste. 207<br>Seattle, WA 98107<br>Ph:  206-706-2882<br>Email: jason@jasonandersonlaw.com<br><br>Roger S. Davidheiser, WSBA #18638<br>Friedman Rubin<br>1109 First Avenue, Suite 501<br>Seattle, WA 98101<br>206.501.4446<br>rdavidheiser@friedmanrubin.com<br><br>*Attorneys for Plaintiff* | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
| Laura Nichole Coughlin, WSBA #46124<br>WRIGHT FINLAY & ZAK LLP<br>612 S. Lucille St., Ste. 300<br>Seattle, WA 98108<br>Ph:  206-691-8663<br>Fax: 949-608-9142<br>Email: lcoughlin@wrightlegal.net<br><br>David L Permut<br>GOODWIN PROCTER LLP<br>1900 N St. NW<br>Washington, DC 20036<br>Ph:  202-346-4000<br>Email: DPermut@goodwinlaw.com<br><br>Laura A Stoll<br>GOODWIN PROCTER LLP<br>601 S. Figueroa St., 41st Floor<br>Los Angeles, CA 90017<br>Ph:  213-426-2500<br>Email: LStoll@goodwinlaw.com<br><br>*Attorneys for Defendant Bank of America, N.A.* | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER REGARDING FILING SECOND
AMENDED CLASS ACTION COMPLAINT- 6
NO. 2:20-cv-01667
ACTIVE/106009937.2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1
2
3
4
5
6

| Stephen M. LeBlanc (admitted *pro hac vice*)<br>Rebecca A. Guiterman (admitted *pro hac vice*)<br>MITCHELL SANDLER LLC<br>1120 20th Street NW, Suite 725<br>Washington, DC 20036<br>Tel: 202.886.5260<br>Email: sleblanc@mitchellsandler.com<br>Email: rguiterman@mitchellsandler.com<br><br>***Attorneys for Defendant QBE Insurance Corp.*** | [  ]   U.S. Mail<br>[  ]   Messenger<br>[  ]   Email<br>[ X ]   CM/ECF |
| --- | --- |

7
8
9        DATED this 1st day of December, 2020.
10
11                                    *s/Daniel F. Shickich*
                                     Daniel F. Shickich, WSBA #46479
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

{DFS2321047.DOCX;1/12737.000002/ }

STIPULATION AND ORDER REGARDING FILING SECOND
AMENDED CLASS ACTION COMPLAINT- 7
NO. 2:20-cv-01667
ACTIVE/106009937.2

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215