The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUE HONG, on behalf of herself and all others similarly situated,<br><br>                Plaintiff<br>vs.<br><br>BANK OF AMERICA, N.A, individually and as successor-in-interest, QBE INSURANCE CORP., NATIONAL GENERAL HOLDINGS CORP., and DOES 1-10.<br><br>                Defendants. | CASE NO 2:20-cv-01667 RSM<br><br>STIPULATION AND ORDER FOR EXTENSION OF BRIEFING DATES AND HEARING REGARDING DEFENDANTS' MOTIONS TO DISMISS |

COME NOW the parties, by and through their respective counsel, and hereby stipulate to an extension of briefing dates regarding Defendants' Motions to Dismiss, filed January 13, 2021, ECF Nos. 30, 32:

1. Plaintiff's response briefs to Defendants' Motions to Dismiss due February 15, 2021.

2. Defendants' reply briefs due March 8, 2021.

3. The Parties request a hearing to be set on Defendants' Motions to Dismiss at the convenience of the Court and the Parties.

Stip/Order Extending Brief/Hearing - Page 1
Hong v Bank of America, QBE Insurance Corp.
CASE NO 2:20-cv-01667 RSM

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101-3614
(206) 501-4446

\

DATED January 19, 2021.

**FRIEDMAN | RUBIN ®**

By: _____*s/Roger S. Davidheiser*_____
Roger S. Davidheiser, WSBA #18638
1109 First Avenue, Suite 501
Seattle, WA 98101
206.501.4446
rdavidheiser@friedmanrubin.com

**LAW OFFICE OF JASON E. ANDERSON**

By: _____*s/Jason Anderson*_____
Jason Anderson, WSBA # 32232
5355 Tallman Ave. NW, Ste. 207
Seattle, WA 98107
206.706.2882
jason@jasonandersonlaw.com

**BHARTI LAW GROUP, PLLC**

By: _____*s/Harish Bharti*_____
Harish Bharti, WSBA # 23960
6701 37th Ave. NW
Seattle, WA 98117
206.789.4556
bhartilawyer@gmail.com

**NATHAN & ASSOCIATES APC**

By: _____s/Reuben David Nathan_____
Reuben David Nathan, Pro Hac Vice
2901 W. Coast Hwy, Ste. 200
Newport Beach, CA 92663
949.270.2798
rnathan@nathanlawpractice.com

**WRIGHT FINLAY & ZAK, LLP**

By: _____s/Laura Coughlin_____
Laura Coughlin, WSBA #46124
612 S. Lucile St., Ste. 300
Seattle, WA 98108
206.691.8663
lcoughlin@wrightlegal.net

Stip/Order Extending Brief/Hearing - Page 2
Hong v Bank of America, QBE Insurance Corp.
CASE NO 2:20-cv-01667 RSM

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101-3614
(206) 501-4446

\

**GOODWIN PROCTER LLP**

By: ____s/Laura Stoll_____
Laura Stoll, Pro Hac Vice
Stella Padilla, Pro Hac Vice
601 S. Figueroa St., Ste. 4100
Los Angeles, CA  90017
213.426.2500
lstoll@goodwinlaw.com
spadilla@goodwinlaw.com

Attorneys for Bank of America, N.A.

**OGDEN MURPHY WALLACE PLLC**

By: ____*s/Daniel Shickich*_____

Daniel Shickich, WSBA #46479
901 Fifth Ave., Ste. 3500
Seattle, WA  98164
206.447.7000

dshickich@omwlaw.com

**MITCHELL SANDLER LLC**

By: ____*s/Stephen LeBlanc*_____
Stephen LeBlanc, Pro Hac Vice
Rebecca Guiterman, Pro Hac Vice
1120 20th St., NW, Ste. 725
Washington, DC  20036
202.886.5260
sleblanc@mitchellsandler.com
rguiterman@mitchellsandler.com

Attorneys for QBE Insurance Corp.

Stip/Order Extending Brief/Hearing - Page 3
Hong v Bank of America, QBE Insurance Corp.
CASE NO 2:20-cv-01667 RSM

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA  98101-3614
(206) 501-4446

\

**ORDER**

Based upon the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule and hearing date relating to defendants' Motions to Dismiss is hereby extended to:

Response Brief due February 15, 2021.

Reply Briefs due March 8, 2021.

DATED this 19th day of January 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stip/Order Extending Brief/Hearing - Page 4
Hong v Bank of America, QBE Insurance Corp.
CASE NO 2:20-cv-01667 RSM

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101-3614
(206) 501-4446

\

**CERTIFICATE OF SERVICE**

I certify that on this day, a copy of the foregoing document was served on the following individuals via the manner indicated below:

| | |
|---|---|
| Laura Coughlin, WSBA #46124<br>Wright Finlay & Zak, LLP<br>612 S. Lucile St., Ste. 300<br>Seattle, WA 98108<br>lcoughlin@wrightlegal.net<br>Laura Stoll, CBA #255023<br>Stella Padilla, CBA #301590<br>Goodwin Procter LLP<br>601 S. Figueroa St., Ste. 4100<br>Los Angeles, CA 90017<br>lstoll@goodwinlaw.com<br>spadilla@goodwinlaw.com<br>David L. Permut<br>Goodwin Procter LLP<br>1900 N St., NW<br>Washington, DC 20036<br>dpermut@goodwinlaw.com<br>Attorneys for Bank of America | [ ]  Hand Delivery<br>[ ]  ABC Legal Messenger<br>[ ]  US Mail, postage prepaid<br>[X] Email per agreement<br>[X] USDC's E-Filing Platform |
| Daniel Shickich, WSBA #46479<br>Ogden Murphy Wallace PLLC<br>901 Fifth Ave., Ste. 3500<br>Seattle, WA 98164<br>dshickich@omwlaw.com<br>Stephen LeBlanc<br>Rebecca Guiterman<br>Mitchell Sandler LLC<br>1120 20th St., NW, Ste. 725<br>Washington, DC 20036<br>sleblanc@mitchellsandler.com<br>rguiterman@mitchellsandler.com<br>Attorneys for QBE Insurance Corp. | [ ]  Hand Delivery<br>[ ]  ABC Legal Messenger<br>[ ]  US Mail, postage prepaid<br>[X] Email per agreement<br>[X] USDC's E-Filing Platform |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated January 19, 2021.            *s/ Trish Bashaw*
                                    Trish Bashaw, Paralegal
                                    *Friedman | Rubin® PLLP*

Stip/Order Extending Brief/Hearing - Page 5
Hong v Bank of America, QBE Insurance Corp.
CASE NO 2:20-cv-01667 RSM

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101-3614
(206) 501-4446

\