UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUE HONG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A, individually and as successor-in-interest, QBE INSURANCE CORP., NATIONAL GENERAL HOLDINGS CORP., and DOES 1-10,<br><br>Defendants. | Case No. C20-1667RSM<br><br>ORDER GRANTING IN PART MOTION TO FILE OVER-LENGTH BRIEF |

This matter comes before the Court on Plaintiff's Motion to file over-length briefing in a single response to Defendants' two separate Motions to Dismiss. Dkt. #38. Plaintiff argues that, although she is entitled to file a separate 24-page brief in response to each Motion under LCR 7(e)(3), because "many of the facts and some of the issues raised by each Defendant in their respective motions overlap," she is requesting a 45-page limit for a single combined response brief. *Id.* Plaintiff provides no further details about the overlapping facts or legal issues, or other argument to support this request.

ORDER GRANTING IN PART MOTION FOR OVER-LENGTH BRIEFING - 1

"Motions seeking approval to file an over-length motion or brief are disfavored." LCR 7(f). The Court agrees with Plaintiff that the facts and many of the legal issues raised by Defendants' Motions overlap. However, the Court does not agree that the potentially substantial savings created by this overlap justifies a request for 45 pages of briefing. Both Motions address the "Filed-Rate Doctrine" over five pages. Both Motions spend several pages addressing statute of limitations issues. Both Motions raise similar Consumer Protection Act arguments. The Court finds that Plaintiff has not presented adequate justification for a single, 45-page brief, but will, given the urgency of this issue, permit Plaintiff to file a single, 40-page combined response brief if she so chooses.

Having reviewed the briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendants' Motion for Over-length Brief, Dkt. #38, is GRANTED IN PART. Plaintiff may elect to file a single, 40-page combined response brief. Reply briefs from Defendants will be limited to 12 pages if filed separately, or 20 pages if filed in a single combined reply brief.

DATED this 11th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE