# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUE HONG, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>BANK OF AMERICA, N.A., individually and as successor-in-interest, QBE INSURANCE CORP., NATIONAL GENERAL HOLDINGS CORP., and DOES 1-10,<br><br>     Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C20-1667 RSM |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' Motions to Dismiss, Dkts. #30 and #32, are GRANTED. All of Plaintiff's claims are DISMISSED with prejudice. This case is CLOSED.

DATED this 29th day of July, 2021.

             RAVI SUBRAMANIAN
             Clerk of Court

             _s/Paula McNabb_
             Deputy Clerk